IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

|  |  |
|---|---|
| Roman Victoriano Ayala, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. <u>1:25-cv-3893</u> |
| v. ) | |
| ) | |
| Jeremy Bacon, et al. ) | |
| ) | |
| Respondents. ) | |

**APPROVED**

/s/        November 26, 2025
The Honorable Stephanie A. Gallagher
United States District Judge

## NOTICE OF VOLUNTARY DISMISSAL

After filing this habeas corpus petition, Petitioner was released from custody yesterday evening. As such, this case is now moot. Respondents have not filed an answer or a motion for summary judgment. Petitioner hereby gives notice that this case is voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Simon Sandoval-Moshenberg*
Simon Sandoval-Moshenberg, Esq.
D. Md. Bar no. 30965
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com

*Counsel for Petitioner*

1

## CERTIFICATE OF SERVICE

On this 26th day of November 2025, I, Simon Sandoval-Moshenberg, electronically filed the foregoing Notice of Voluntary Dismissal, with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this Notice of Voluntary Dismissal, and all attachments thereto, will be delivered via PACER.

*/s/ Simon Sandoval-Moshenberg*
Simon Sandoval-Moshenberg, Esq.
D. Md. Bar no. 30965
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com

*Counsel of Petitioner*